**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMY WILLIAMS,<br><br>　　　Plaintiff<br><br>v.<br><br>CLARK COUNTY DETENTION CENTER,<br><br>　　　Defendant | Case No.: 2:20-cv-00869-JAD-VCF<br><br>**Order Directing Plaintiff<br>to File New *In Forma Pauperis*<br>Application Due to<br>Change in Custodial Status** |

　　　This action is a *pro se* civil rights action filed under 42 U.S.C. § 1983 by an individual who formerly was in custody at the Clark County Detention Center.  Plaintiff previously submitted an application to proceed *in forma pauperis* for prisoners.[1]  But he has since notified the court that he has been released.[2]  As a result of this change in his custodial status, plaintiff must now file the version of that application form <u>for non-prisoners</u> or pay the full $400 filing fee if he wants to proceed with this case.

　　　IT IS THEREFORE ORDERED that plaintiff's application to proceed *in forma pauperis* for prisoners **[ECF No. 1] is DENIED** as moot.  **Plaintiff has until July 16, 2020, to either: (1) file a fully complete application to proceed *in forma pauperis* <u>for non-prisoners</u>; or (2) pay the full filing fee of $400, or this action will be dismissed.**

　　　The Clerk of the Court is directed to SEND plaintiff the approved form application to

---

[1] ECF No. 1.

[2] ECF No. 3.

proceed *in forma pauperis* by a non-prisoner, as well as the document entitled "information and instructions for filing an *in forma pauperis* application."

Dated: June 16, 2020

_____
U.S. District Judge